UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                                       Criminal No. 15-36 (JNE/JJK)
                                                                     ORDER

Jerome T. Scott,

    Defendant.

In a Report and Recommendation dated April 2, 2015, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that Defendant's motion to suppress be denied. No objection to the Report and Recommendation has been made. The Court accepts the recommendation [Docket No. 22] to deny the motion to suppress. Therefore, IT IS ORDERED THAT:

    1.    Defendant's Motion to Suppress Evidence [Docket No. 17] is DENIED.

Dated: April 10, 2015

                                                                                      s/Joan N. Ericksen
                                                                                       JOAN N. ERICKSEN
                                                                                       United States District Judge